UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| *Victoria Arms, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-11972-DRH-PMF |
| *Tamara Boller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:10-cv-13294-DRH-PMF |
| *Carla Brake, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:12-cv-10029-DRH-PMF |
| *Amy Flackmiller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:12-cv-10028-DRH-PMF |
| *Patti Heritage v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-20062-DRH-PMF |
| *Lisa Karavage, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-10167-DRH-PMF |
| *Sarah Klenke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-13269-DRH-PMF |
| *Sue Leedberg, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-11643-DRH-PMF |
| *Cari Lime, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-13593-DRH-PMF |
| *Kelly Mann, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:12-cv-10640-DRH-PMF |
| *Jayne Martin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:12-cv-10643-DRH-PMF |
| *Tania Morel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-10007-DRH-PMF |
| *Stacey L. Perry v. Bayer Corporation, et al.* | | No. 3:09-cv-20096-DRH-PMF |
| *Andrea Retz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-11958-DRH-PMF |
| *Gina Schneider v. Bayer HealthCare Pharmaceuticals Inc., et al.* | | No. 3:11-cv-12852-DRH-PMF |

| | |
|---|---|
| *Carolyn Sponn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13587-DRH-PMF |
| *Sharesa Wilkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10213-DRH-PMF |
| *Trenia Woods v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13591-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY: /s/*Cheryl A. Ritter*
> **Deputy Clerk**

Date: November 23, 2014

David R. Herndon
2014.11.23
06:29:29 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT